UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK  JUDGE PRESKA

**Plaintiff**
OLIVIER MARTINEZ and
SHEEBA, INC.
                -v-
VAKKO HOLDING A.S.
et al.

**Defendant**

Case No.
**07 CV 3413**

Rule 7.1 Statement

APR 3 0 2007
U.S. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

SHEEBA, INC. _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: April 30, 2007

**Signature of Attorney**

**Attorney Bar Code:**
SETH REDNISS (SR-7988)
REDNISS & ASSOCIATES LLC
185 Franklin St, Floor 5
New York, NY 10013
212-334-9200

Form Rule7_1.pdf