UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

OLIVER MARTINEZ AND SHEEBA, INC.   AFFIDAVIT OF SERVICE

Vs.                                INDEX# 07 CV 3413

VAKKO HOLDING A.S., ET. AL.
STATE OF NEW YORK
COUNTY OF ALBANY                   ss:

MARIA SCHMITZ, being duly sworn deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding. Deponent served duplicate copies of the Summons, Complaint, Rule 7.1 Statement, Civil Cover Sheet, Indiv. Practice of Judge Loretta A. Preska, 3rd Amended Instructions for filing and Electronic Case or Appeal, Guidelines for Electronic Case Filing and Procedures for Electronic Case Filing upon TURKISH AIRLINES, INC. a domestic corporation, in the above entitled proceeding, such service having been made in the following manner, stated herein, and said person being authorized by the Secretary of State to receive such service, at the office of the Department of State in the city of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

**CAROL VOGT**
NYS Department of State
Division of Corporations
41 State Street, Second Floor
Albany, New York 12231
May 2, 2007 at 1:45 p.m.

By delivering to and leaving with CAROL VOGT, the agent for service on the person in this proceeding as designated under Rule 318 CPLR. Service having been made to such person at the place, time and date stated above.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or of the United States as the term is defined in either the State or Federal Statutes.

Deponent further states that she describes the person actually served as follows:
White female with brown hair, brown eyes, approximately 52 years of age, 5'0" and 125lbs.

Sworn to before me
This 2nd day of May 2007                MARIA SCHMITZ
_Lawrence A. Kirsch_
Notary Public

LAWRENCE A. KIRSCH
Notary Public, State of New York
No. 4787475
Qualified in Albany County
Commission Expires May 31, 2007

State of New York - Department of State
Receipt for Service

Receipt #:  200705030012                    Cash #: 200705030012
Date of Service:  05/02/2007                Fee Paid: $40 - DRAWDOWN
Service Company:  14 GERALD WEINBERG, INC. - 14

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  TURKISH AIRLINES, INC.


Plaintiff/Petitioner:
        MARTINEZ, OLIVIER


Service of Process Address:
ROBINSON SILVERMAN
ATTN: ANDREW L. ODELL, ESQ.
1290 AVENUE OF AMERICAS 30 FL
NEW YORK, NY 10104

                                            Secretary of State
                                              By  CAROL VOGT