UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
OLIVIER MARTINEZ and SHEEBA, INC.,

                    Plaintiffs,

Case No.: 07-cv-3413

- against -

**CHANGE OF ADDRESS**

VAKKO HOLDING A.S., VAKKO TEKSTIL
VE HAZIR GIYIM SANAYI ISLETMELERI A.S.,
CEM HAKKO, STARWORKS, LLC, TURK
HAVA YOLLARI A.O., TURKISH AIRLINES, INC.
and JOHN DOES, 1-10,

                    Defendants.
------------------------------------------------------------------------X

      Please take notice that the current firm name and telephone numbers electronically associated with the captioned action (Redniss Moody LLP, 185 Franklin Street, NY, NY 10013, 212-219-1120) should be changed to:

      Redniss & Associates LLC, 185 Franklin Street, NY, NY 10013, 212-334-9200.

Dated:      New York, New York
             May 16, 2007

                                    Respectfully submitted,

                                    _/s/ Seth Redniss_
                                    Seth Redniss (SR-7988)
                                    REDNISS & ASSOCIATES, LLC
                                    185 Franklin Street, 5th Floor
                                    New York, NY 10013
                                    212-334-9200

                                    *Counsel for plaintiffs*