```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/07
```

PRESJA, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OLIVIER MARTINEZ and SHEEBA, INC.,

      Plaintiffs,

  - against -

VAKKO HOLDING A.S., VAKKO TEKSTIL VE
HAZIR GIYIM SANAYI ISLETMELERI A.S.,
CEM HAKKO, STARWORKS, LLC, TURK HAVA
YOLLARI A.O., TURKISH AIRLINES, INC. and
JOHN DOES, 1-10,

      Defendants.
-------------------------------------------------------------X

Index No. 07 CV 3413 (LAP)

STIPULATION
EXTENDING TIME

The undersigned attorneys hereby stipulate and agree:

  (1) the time for defendants Turk Hava Yollari A.O. and Turkish Airlines, Inc. to respond to the complaint in this action shall be extended up to and including June 25, 2007;

  (2) defendant Turkish Airlines, Inc. waives any claims it might have as to the manner in which the complaint was served upon it; and

  (3) Bryan Cave LLP accepts service of the complaint on behalf of defendant Turk Hava Yollari A.O.

Dated: New York, New York
   May 21, 2007

1

C056825/0150810/1387258.1

REDNISS & ASSOCIATES, LLC

By: *Seth Redniss* /s/
　　Seth Redniss (SR-7988)
185 Franklin Street
5th Floor
New York, New York 10013
(212) 334-9200

Attorneys for Plaintiffs

May 22, 2007

BRYAN CAVE LLP

By: *James M. Altman* /s/
　　James M. Altman (JA-7086)
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

Attorneys for Defendants Turk Hava Yollari A. O. and Turkish Airlines, Inc.

**SO ORDERED:**

*Loretta A. Preska*
U.S.D.J.

2

C056825/0150810/1387258.1