```
                                          USDC SDNY
                                          DOCUMENT
                                          ELECTRONICALLY FILED
                                          DOC #: _____
UNITED STATES DISTRICT COURT              DATE FILED: 6/27/07
SOUTHERN DISTRICT OF NEW YORK
```

PRESKA, J

------------------------------------------------------------------x

OLIVIER MARTINEZ and SHEEBA, INC.,  :   Index No. 07 CV 3413 (LAP)
                                    :
                    Plaintiffs,     :
                                    :   STIPULATION
        - against -                 :   EXTENDING TIME
                                    :
VAKKO HOLDING A.S., VAKKO TEKSTIL VE :
HAZIR GIYIM SANAYI ISLETMELERI A.S.,:
CEM HAKKO, STARWORKS, LLC, TURK HAVA :
YOLLARI A.O., TURKISH AIRLINES, INC. and :
JOHN DOES, 1-10,                    :
                                    :
                    Defendants.     :
------------------------------------------------------------------x

The undersigned attorneys hereby STIPULATE and AGREE that the time for defendants Turk Hava Yollari A.O. and Turkish Airlines, Inc. to respond to the complaint in this action shall be extended up to and including July 16, 2007.

Dated: New York, New York
       June 22, 2007

REDNISS & ASSOCIATES, LLC              BRYAN CAVE LLP

By: _Seth Redniss_____                 By: _James M. Altman_____
    Seth Redniss (SR-7988)                 James M. Altman (JA-7086)
185 Franklin Street                    1290 Avenue of the Americas
5th Floor                              New York, New York 10104
New York, New York 10013               (212) 541-2000
(212) 334-9200
                                       Attorneys for Defendants Turk Hava Yollari A.
Attorneys for Plaintiffs               O. and Turkish Airlines, Inc.


SO ORDERED:

_Loretta A. Preska_
Judge Loretta A. Preska
United States District Judge

June 26, 2007

C055625/0210333/1393929.1

1