```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/07
```

PRESKA, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
OLIVIER MARTINEZ and SHEEBA, INC.,   :   Index No. 07 CV 3413 (LAP)
                                     :
                    Plaintiffs,      :
                                     :   STIPULATION
        - against -                  :   EXTENDING TIME
                                     :
VAKKO HOLDING A.S., VAKKO TEKSTIL VE :
HAZIR GIYIM SANAYI ISLETMELERI A.S., :
CEM HAKKO, STARWORKS, LLC, TURK HAVA :
YOLLARI A.O., TURKISH AIRLINES, INC. and :
JOHN DOES, 1-10,                     :
                                     :
                    Defendants.      :
----------------------------------------------------------x

The undersigned attorneys hereby STIPULATE and AGREE that the time for defendants Turk Hava Yollari A.O. and Turkish Airlines, Inc. to respond to the complaint in this action shall be extended up to and including August 15, 2007.

Dated: New York, New York
       July 13, 2007

REDNISS & ASSOCIATES, LLC              BRYAN CAVE LLP

By: _/s/ Seth Redniss_                 By: _/s/ James M. Altman_
    Seth Redniss (SR-7988)                 James M. Altman (JA-7086)
185 Franklin Street                    1290 Avenue of the Americas
5th Floor                              New York, New York 10104
New York, New York 10013               (212) 541-2000
(212) 334-9200
                                       Attorneys for Defendants Turk Hava Yollari A.
Attorneys for Plaintiffs               O. and Turkish Airlines, Inc.


SO ORDERED:
_/s/ Loretta A. Preska_
Judge Loretta A. Preska
United States District Judge

July 16, 2007

C066825/0210333/1397435.1

1