```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
OLIVIER MARTINEZ and SHEEBA, INC.,                :    Index No. 07 CV 3413 (LAP)
                                                  :
                    Plaintiffs,                   :
                                                  :    STIPULATION
        - against -                               :    EXTENDING TIME
                                                  :
VAKKO HOLDING A.S., VAKKO TEKSTIL VE              :
HAZIR GIYIM SANAYI ISLETMELERI A.S.,              :
CEM HAKKO, STARWORKS, LLC, TURK HAVA              :
YOLLARI A.O., TURKISH AIRLINES, INC. and          :
JOHN DOES, 1-10,                                  :
                                                  :
                    Defendants.                   :
-------------------------------------------------------------- x

The undersigned attorneys hereby STIPULATE and AGREE that the time for defendants Turk Hava Yollari A.O. and Turkish Airlines, Inc. to respond to the complaint in this action shall be extended up to and including September 24, 2007.

Dated:  New York, New York
        September 17, 2007

REDNISS & ASSOCIATES, LLC                 BRYAN CAVE LLP

By: _Seth Redniss_/jmr_                   By: _James M. Alt__
        Seth Redniss (SR-7988)                    James M. Altman (JA-7086)
185 Franklin Street                       1290 Avenue of the Americas
5th Floor                                 New York, New York 10104
New York, New York 10013                  (212) 541-2000
(212) 334-9200
                                          Attorneys for Defendants Turk Hava Yollari A.
Attorneys for Plaintiffs                  O. and Turkish Airlines, Inc.


SO ORDERED:
_Loretta A. Preska_
Judge Loretta A. Preska
United States District Judge
_September 18, 2007_

C05685/0210333/1407349.1