UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| OLIVIER MARTINEZ and SHEEBA, INC., | : | Case No. 07-CV-3413 |
| Plaintiffs, | : | |
| v. | : | **DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |
| VAKKO HOLDING A.S., VAKKO TEKSTIL VE HAZIR GIYIM SANAYI ISLETMELERI A.S., CEM HAKKO, STARWORKS, LLC, TURK HAVA YOLLARI A.O., TURKISH AIRLINES, INC. and JOHN DOES, 1-10, | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    Bryan Cave LLP, as counsel for Defendants, Turk Hava Yollari A.O. and Turkish Airlines, Inc., for their Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, hereby certifies (i) that neither entity has a parent corporation; and (ii) that no publicly held corporation owns more than 10% of the stock of either entity.

Dated: New York, New York
        September 24, 2007

                BRYAN CAVE LLP

                By: /s/ James M. Altman____
                      James M. Altman (JM 7086)
                      Scott H. Kaiser (SK 6218)
                1290 Avenue of the Americas
                New York, New York 10104
                (212) 541-2000

                *Attorneys for Defendants Turk Hava Yollari A.O., Turkish Airlines, Inc.*