**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLIVIER MARTINEZ and SHEEBA, INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>VAKKO HOLDING A.S., VAKKO TEKSTIL VE HAZIR GIYIM SANAYI ISLETMELERI A.S., CEM HAKKO, STARWORKS, LLC, TURK HAVA YOLLARI A.O., TURKISH AIRLINES, INC. and JOHN DOES, 1-10,<br><br>Defendants. | 07 CV 3413 (LAP)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Starworks, LLC (a private non-governmental party) certifies that there is no publicly held corporation that owns 10% or more of the stock of Starworks, LLC, and Starworks, LLC has no parent company.

Dated:  New York, New York
        September 26, 2007

                                       STEPTOE & JOHNSON LLP

                                       By:  /s/ Evan T. Barr
                                                 Evan T. Barr (EB-1438)
                                                 Lara E. Romansic (LR-9236)
                                                 750 Seventh Avenue, Suite 1900
                                                 New York, New York 10019
                                                 (212) 506-3900

                                                 *Attorneys for Defendant*
                                                 *Starworks, LLC*