PAGUAS.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLIVIER MARTINEZ and SHEEBA, INC.,

                Plaintiffs,

- against -

VAKKO HOLDING A.S., VAKKO TEKSTIL
VE HAZIR GIYIM SANAYI ISLETMELERI A.S.,
CEM HAKKO, STARWORKS, LLC, TURK
HAVA YOLLARI A.O., TURKISH AIRLINES, INC.
and JOHN DOES, 1-10,

                Defendants.
------------------------------------------------------------X

Case No.: 07-cv-3413 (LAP)

STIPULATION AND ORDER

    WHEREAS, on September 26, 2007, Defendant STARWORKS, LLC. ("Defendant") filed a Motion to Dismiss the Complaint, pursuant to Fed. R. Civ. P 12(b)(6); and

    WHEREAS, Plaintiffs OLIVIER MARTINEZ and SHEEBA, INC ("Plaintiffs") have until October 11, 2007 to file their opposition brief to Defendant's motion to dismiss, pursuant to Southern District of New York Local Civil Rule 6.1(b); and

    WHEREAS, the Court has not issued a Scheduling Order in this action, to date;

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that (x) Plaintiffs shall file their opposition brief to Defendant's motion to dismiss on or before October 22, 2007; and (y) Defendant shall file its reply to Plaintiffs' opposition brief, on or before October 29, 2007.

Dated:   New York, New York
         October 5, 2007

REDNISS & ASSOCIATES LLC

By: _____
Seth Redniss (SR-7988)
185 Franklin Street, 5th Floor
New York, New York 10013
(212) 334-9200
Attorneys for Plaintiffs

STEPTOE & JOHNSON

By: _____
Evan T. Barr (EB-1438)
Lara E. Romansic (LR-9236)
750 Seventh Avenue, Suite 1900
New York NY 10019
(212) 506-3918
Attorneys for Defendant
STARWORKS, LLC

SO ORDERED:

_____ Barbara S. Jones, USDJ for
JUDGE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE