

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVIER MARTINEZ and SHEEBA, INC.,

                Plaintiffs,

- against -

VAKKO HOLDING A.S., VAKKO TEKSTIL
VE HAZIR GIYIM SANAYI ISLETMELERI A.S.,
CEM HAKKO, STARWORKS, LLC, TURK
HAVA YOLLARI A.O., TURKISH AIRLINES,
INC. and JOHN DOES, 1-10,

                Defendants.

07 CV 3413 (LAP)

STIPULATION AND ORDER
EXTENDING TIME TO
RESPOND TO COMPLAINT

    WHEREAS, defendants Vakko Holding A.S., Vakko Tekstil ve Hazir Giyim Sanayi Isletmeleri A.S. and Cem Hakko (collectively, the "Vakko Defendants") are currently required to answer or otherwise respond to the Complaint no later than October 22, 2007; and

    WHEREAS, the Vakko Defendants have made no prior request for adjournment of this date;

    IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and among counsel for the parties herein, and it is hereby ORDERED by the Court that:

    1.    The Vakko Defendants shall have until November 21, 2007 to answer or otherwise respond to the Complaint; and

    2.    The Vakko Defendants waive any defenses that they may have been able to assert based on defects in service of process.

Doc. #10483 v.1

Dated: New York, New York
October __, 2007

REDNISS & ASSOCIATES LLP						STEPTOE & JOHNSON LLP

By: _____/s/_____							By: _____/s/_____
Seth Redniss (SR-7988)							Evan T. Barr (EB-1438)
185 Franklin Street, 5th Floor						Lara E. Romansic (LR-9236)
New York, New York 10013						750 Seventh Avenue, 19th Floor
(212) 334-9200								New York, New York 10019
									(212) 506-3900

*Attorneys for Plaintiffs*						*Attorneys for Defendants*
*Olivier Martinez and Sheeba, Inc.*					*Vakko Holding A.S., Vakko Tekstil ve Hazir*
									*Giyim Sanayi Isletmeleri A.S., Cem Hakko*
									*and Starworks, LLC*


SO ORDERED:

_____/s/ Loretta A. Preska_____
UNITED STATES DISTRICT JUDGE

October 18, 2007

- 2 -

Doc. #10483 v.1