UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVIER MARTINEZ and SHEEBA, INC.,

        Plaintiffs,

- against -

VAKKO HOLDING A.S., VAKKO TEKSTIL
VE HAZIR GIYIM SANAYI ISLETMELERI A.S.,
CEM HAKKO, STARWORKS, LLC, TURK
HAVA YOLLARI A.O., TURKISH AIRLINES,
INC. and JOHN DOES, 1-10,

        Defendants.

07 CV 3413 (LAP)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/07

WHEREAS, on September 26, 2007, defendant Starworks, LLC ("Starworks") filed a motion to dismiss the Complaint;

WHEREAS, on October 5, 2007, the parties entered into and filed a Stipulation extending Plaintiffs' time to serve their opposition to Starworks' motion to dismiss the Complaint from October 11, 2007, to October 22, 2007;

WHEREAS, such Stipulation was So Ordered by the Court on October 10, 2007; and

WHEREAS, the Court has not issued a Scheduling Order in this action, to date;

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and among counsel for the parties herein, and it is hereby ORDERED by the Court that

1. Plaintiffs shall have until November 28, 2007 to serve their opposition to Starworks' motion to dismiss the Complaint.

2. Starworks shall have until December 14, 2007 to serve its reply in further support of its motion to dismiss the Complaint

Doc. #10484 v.1

Dated: New York, New York
October __, 2007

REDNISS & ASSOCIATES LLP

By: ___/s/___
Seth Redniss (SR-7988)
185 Franklin Street, 5th Floor
New York, New York 10013
(212) 334-9200

*Attorneys for Plaintiffs
Olivier Martinez and Sheeba, Inc.*

STEPTOE & JOHNSON LLP

By: ___/s/ Evan T. Barr___
Evan T. Barr (EB-1438)
Lara E. Romansic (LR-9236)
750 Seventh Avenue, 19th Floor
New York, New York 10019
(212) 506-3900

*Attorneys for Defendants
Vakko Holding A.S., Vakko Tekstil ve Hazir
Giyim Sanayi Isletmeleri A.S., Cem Hakko
and Starworks, LLC*

SO ORDERED:

___/s/___
UNITED STATES DISTRICT JUDGE
October 24, 2007