*PRESKA* *J*

11/21/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVIER MARTINEZ and SHEEBA, INC.,

Plaintiffs,

- against -

VAKKO HOLDING A.S., VAKKO TEKSTIL
VE HAZIR GIYIM SANAYI ISLETMELERI A.S.,
CEM HAKKO, STARWORKS, LLC, TURK
HAVA YOLLARI A.O., TURKISH AIRLINES,
INC. and JOHN DOES, 1-10,

Defendants.

07 CV 3413 (LAP)

**STIPULATION AND ORDER
EXTENDING TIME TO
RESPOND TO COMPLAINT**

WHEREAS, defendants Vakko Holding A.S., Vakko Tekstil ve Hazir Giyim Sanayi

Isletmeleri A.S. and Cem Hakko (collectively, the "Vakko Defendants") were originally required

to answer or otherwise respond to the Complaint no later than October 22, 2007;

WHEREAS, on October 17, 2007, the parties entered into and filed a Stipulation

extending the Vakko Defendants' time to answer from October 22, 2007, to November 21, 2007;

WHEREAS, such Stipulation was So Ordered by the Court on October 18; and

WHEREAS, the Court has not issued a Scheduling Order in this action to date;

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and among

counsel for the parties herein, and it is hereby ORDERED by the Court that:

1.     The Vakko Defendants shall have until December 19, 2007 to answer or

otherwise respond to the Complaint; and

2.     The Vakko Defendants waive any defenses that they may have been able to assert

based on defects in service of process.

Doc. #10483 v.1

Dated: New York, New York
      November 20, 2007

REDNISS & ASSOCIATES LLP

By: _____
      Seth Redniss (SR-7988)
      185 Franklin Street, 5th Floor
      New York, New York 10013
      (212) 334-9200

*Attorneys for Plaintiffs*
*Olivier Martinez and Sheeba, Inc.*

STEPTOE & JOHNSON LLP

By: _____
      Evan T. Barr (EB-1438)
      Lara E. Romansic (LR-9236)
      750 Seventh Avenue, 19th Floor
      New York, New York 10019
      (212) 506-3900

*Attorneys for Defendants*
*Vakko Holding A.S., Vakko Tekstil ve Hazır*
*Giyim Sanayi Isletmeleri A.S., Cem Hakko*
*and Starworks, LLC*

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

November 21, 2007

- 2 -

Doc. #10483 v.1