

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVIER MARTINEZ and SHEEBA, INC.,

    Plaintiffs,

- against -

VAKKO HOLDING A.S., VAKKO TEKSTIL
VE HAZIR GIYIM SANAYI ISLETMELERI A.S.,
CEM HAKKO, STARWORKS, LLC, TURK
HAVA YOLLARI A.O., TURKISH AIRLINES,
INC. and JOHN DOES, 1-10,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

07 CV 3413 (LAP)

**STIPULATION AND ORDER**

WHEREAS, on September 26, 2007, defendant Starworks, LLC ("Starworks") filed a motion to dismiss the Complaint;

WHEREAS, on October 5, 2007, the parties entered into and filed a Stipulation extending Plaintiffs' time to serve their opposition to Starworks' motion to dismiss the Complaint from October 11, 2007, to October 22, 2007;

WHEREAS, such Stipulation was So Ordered by the Court on October 10, 2007;

WHEREAS, on October 24, 2007, the parties entered into and filed a Stipulation extending Plaintiffs' time to serve their opposition to Starworks' motion to dismiss the Complaint from October 22, 2007, to November 28, 2007; with Starworks having until December 14, 2007 to serve its reply in further support of its motion to dismiss the Complaint;

WHEREAS, such Stipulation was So Ordered by the Court on October 24, 2007; and

WHEREAS, the Court has not issued a Scheduling Order in this action, to date.

Doc. #10484 v.1

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and among counsel for the parties herein, and it is hereby ORDERED by the Court that:

1. Subject to paragraph 2, below, Plaintiffs shall have until January 21, 2008 to serve their opposition to Starworks' motion to dismiss the Complaint and Starworks shall have until February 6, 2008 to serve its reply in further support of its motion to dismiss the Complaint.

2. If Plaintiffs file an Amended Complaint, they shall do so on or before January 21, 2008, and Starworks pending Motion to Dismiss shall be withdrawn without prejudice.

Dated: New York, New York
November 20, 2007

REDNISS & ASSOCIATES LLC                STEPTOE & JOHNSON LLP

By: _____             By: _____
Seth Redniss (SR-7988)                  Evan T. Barr (EB-1438)
185 Franklin Street, 5th Floor          Lara E. Romansic (LR-9236)
New York, New York 10013                750 Seventh Avenue, 19th Floor
(212) 334-9200                          New York, New York 10019
                                        (212) 506-3900

*Attorneys for Plaintiffs*               *Attorneys for Defendants*
*Olivier Martinez and Sheeba, Inc.*      *Vakko Holding A.S., Vakko Tekstil ve Hazir*
                                         *Giyim Sanayi Isletmeleri A.S., Cem Hakko*
                                         *and Starworks, LLC*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

November 26, 2007