UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLIVIER MARTINEZ and SHEEBA, INC.,

                Plaintiffs,

- against -

VAKKO HOLDING A.S., VAKKO TEKSTIL VE HAZIR GIYIM SANAYI ISLETMELERI A.S., CEM HAKKO, STARWORKS, LLC, TURK HAVA YOLLARI A.O., TURKISH AIRLINES, INC. and JOHN DOES, 1-10,

                Defendants.

07 CV 3413 (LAP)

RULE 7.1 STATEMENT

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Vakko Tekstil ve Hazir Giyim Sanayi Isletmeleri A.S. ("Vakko Tekstil") (a private non-governmental party) certifies that Vakko Holding A.S. (a private non-governmental party) owns 85% of Vakko Tekstil and that 12% of Vakko Tekstil is publicly held. There is no publicly held corporation that owns 10% or more of the stock of Vakko Tekstil.

Dated:   New York, New York
           December 19, 2007

STEPTOE & JOHNSON LLP

By:   /s/ Evan T. Barr
      Evan T. Barr (EB-1438)
      Lara E. Romansic (LR-9236)
      750 Seventh Avenue, Suite 1900
      New York, New York 10019
      (212) 506-3900

*Attorneys for Defendants*
*Vakko Holdings A.S., Vakko Tekstil*
*ve Hazir Giyim Sanayi Isletmeleri A.S.,*
*Cem Hakko and Starworks, LLC*