UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVIER MARTINEZ and SHEEBA, INC.,

                Plaintiffs,

- against -

VAKKO HOLDING A.S., VAKKO TEKSTIL VE HAZIR GIYIM SANAYI ISLETMELERI A.S., CEM HAKKO, STARWORKS, LLC, TURK HAVA YOLLARI A.O., TURKISH AIRLINES, INC. and JOHN DOES, 1-10,

                Defendants.

07 CV 3413 (LAP)

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Vakko Holding A.S. (a private non-governmental party) certifies that there is no publicly held corporation that owns 10% or more of the stock of Vakko Holding A.S. and that Vakko Holding A.S. has no parent company.

Dated:   New York, New York
           December 19, 2007

                                        STEPTOE & JOHNSON LLP

                                        By:   /s/ Evan T. Barr
                                                Evan T. Barr (EB-1438)
                                                Lara E. Romansic (LR-9236)
                                                750 Seventh Avenue, Suite 1900
                                                New York, New York 10019
                                                (212) 506-3900

*Attorneys for Defendants*
*Vakko Holdings A.S., Vakko Tekstil*
*ve Hazir Giyim Sanayi Isletmeleri A.S.,*
*Cem Hakko and Starworks, LLC*