UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OLIVIER MARTINEZ and SHEEBA, INC.,

                Plaintiffs,

  - against -

VAKKO HOLDING A.S., VAKKO TEKSTIL
VE HAZIR GIYIM SANAYI ISLETMELERI A.S.,
CEM HAKKO, STARWORKS, LLC, TURK
HAVA YOLLARI A.O., TURKISH AIRLINES, INC.
and JOHN DOES, 1-10,

                Defendants.
------------------------------------------------------------------X

Case No.: 07 CV 3413 (LAP)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE THAT** the undersigned counsel of the law firm of M W MOODY LLC, 185 Franklin Street, 5th Floor, New York, New York 10013, tel. 212-966-9620; fax. 212-966-9602; electronic mail – mwm@mwmoody.com represents plaintiffs in the captioned matter together with counsel of record Redniss & Associates, LLC.

Dated: New York, New York
       January 21, 2007

_____
MARK WARREN MOODY
(MWM 3742)