UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OLIVIER MARTINEZ and SHEEBA, INC.,

           Case No.: 07 CV 3413 (LAP)

        Plaintiffs,

   - against -

VAKKO HOLDING A.S., VAKKO TEKSTIL    **DECLARATION OF**
VE HAZIR GIYIM SANAYI ISLETMELERI A.S.,   **MARK W. MOODY**
CEM HAKKO, STARWORKS, LLC, TURK
HAVA YOLLARI A.O., TURKISH AIRLINES, INC.
and JOHN DOES, 1-10,

        Defendants.
------------------------------------------------------------------X

    MARK WARREN MOODY states as follows:

    1.    I am a member of the bar of this Court and a principal of M W MOODY LLC which, together with co-counsel Redniss & Associates, LLC represents plaintiffs in the captioned matter. I submit this declaration in opposition to Starworks, LLC's ("Starworks") motion to dismiss.

    2.    Annexed hereto as Exhibit 1 is a true and correct copy of a contract dated March 6, 2006 between plaintiffs and Starworks.

    3.    Annexed hereto as Exhibit 2 is a true and correct copy of the answer served and filed by the Vakko defendants.

Dated: New York, New York
       January 21, 2007

                                                            _____
                                                            MARK WARREN MOODY