UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OLIVIER MARTINEZ and SHEEBA, INC.,

                Plaintiffs,

- against -

VAKKO HOLDING A.S., VAKKO TEKSTIL
VE HAZIR GIYIM SANAYI ISLETMELERI A.S.,
CEM HAKKO, STARWORKS, LLC, TURK
HAVA YOLLARI A.O., TURKISH AIRLINES, INC.
and JOHN DOES, 1-10,

                Defendants.
------------------------------------------------------------------X

Case No.: 07 CV 3413 (LAP)

**DECLARATION OF**
**MARK W. MOODY**

MARK WARREN MOODY states as follows:

1. I am a member of the bar of this Court and a principal of M W MOODY LLC which, together with co-counsel Redniss & Associates, LLC represents plaintiffs in the captioned matter. I submit this declaration in opposition to Starworks, LLC's ("Starworks") motion to dismiss.

2. Annexed hereto as Exhibit 1 is a true and correct copy of a contract dated March 6, 2006 between plaintiffs and Starworks.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the answer served and filed by the Vakko defendants.

Dated: New York, New York
       January 21, 2007

                                                                             MARK WARREN MOODY