REDNISS & ASSOCIATES LLC
LAWYERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

March 27, 2008

**BY FEDEX**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

RECEIVED
MAR 2 8 2008
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

    Re:    <u>Martinez et al. v. Vakko Holding A.S. et al.</u>, 07 CV 3413 (LAP)

Dear Judge Preska:

    At the pre-trial conference on February 26, 2008, in the above referenced action, you ordered all parties to, <u>inter alia</u>: (x) exchange information concerning the use of plaintiff Olivier Martinez's image and (y) advise you of the status of settlement discussions by March 31, 2008.

    While certain information has been exchanged, counsel for all parties believes that settlement discussions would benefit from an additional week to pursue the potential resolution of this action. <u>Accordingly, we respectfully request that you adjourn the submission date of our joint status report until April 7, 2008.</u>

                               Respectfully submitted,

                               Seth Redniss

cc:    Evan T. Barr, Esq. *(by email)*
        James M. Altman, Esq. *(by email)*

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
March 31, 2008

185 FRANKLIN STREET, FIFTH FLOOR
NEW YORK, NEW YORK 10013
TELEPHONE  (212) 334-9200
FACSIMILE  (212) 334-9212