UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

OLIVIER MARTINEZ, et al.,  :  07 CV 3413 (LAP)

           Plaintiffs,  :  ORDER

   v.  :

VAKKO HOLDING A.S., et al.,  :

           Defendants.  :

-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/11/08
```

LORETTA A. PRESKA, United States District Judge:

      Counsel shall confer and inform the Court by letter no later than April 18 how they propose to proceed with respect to the Vakko Defendants.

SO ORDERED:

Dated: April 10, 2008

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

Martinezorder410