# REDNISS & ASSOCIATES LLC
## LAWYERS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08
```

May 16, 2008

**BY FAX 212-805-7941**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re: <u>Martinez et al. v. Vakko Holding A.S. et al., 07 CV 3413 (LAP)</u>

Dear Judge Preska:

Pursuant to the Scheduling Order signed by your Honor on April 22, 2008, the deadline for service of the first request for documents and the first set of interrogatories (collectively, the "Discovery Demands") is today. Yesterday, I requested a one week extension of this deadline, i.e., from May 16, 2008 to May 23, 2008. Defendants' counsel consented to this request as long as (i) the deadline for responding to the Discovery Demands is adjourned from June 6, 2008 to June 13, 2008; and (ii) the deadline for production of responsive documents is adjourned from June 27, 2008 to July 7, 2008.

Accordingly, we respectfully request that the Scheduling Order be amended to reflect the new deadlines.

Respectfully submitted,

Seth Redniss

cc: Evan T. Barr, Esq. *(by email)*
    Lara Romansic, Esq. *(by email)*
    James M. Altman, Esq. *(by email)*

**SO ORDERED**

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

May 20, 2008

185 FRANKLIN STREET, FIFTH FLOOR
NEW YORK, NEW YORK 10013

TELEPHONE (212) 334-9200
FACSIMILE (212) 334 9212