UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVIER MARTINEZ and SHEEBA, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> VAKKO HOLDING A.S., VAKKO TEKSTIL VE HAZIR GIYIM SANAYI ISLETMELERI A.S., CEM HAKKO, STARWORKS, LLC, TURK HAVA YOLLARI A.O., TURKISH AIRLINES, INC. and JOHN DOES, 1-10, <br><br> Defendants | Civil Action No. <br> 07 Civ. 3413 (LAP) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has been retained by and hereby appears as counsel in the above-captioned action for and on behalf of Olivier Martinez and Sheeba, Inc., and requests that service of all papers herein be made upon the undersigned at the address set forth below.

Respectfully submitted this 23rd day of May, 2008

By: _____
DREIER LLP
Brian Kerr (BK-6074)
499 Park Avenue
New York, New York 10022
212.328.6100

Attorney for Olivier Martinez
and Sheeba, Inc.