USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

OLIVIER MARTINEZ and SHEEBA, INC.,

            Plaintiffs,

- against -

VAKKO HOLDING A.S., VAKKO TEKSTIL VE HAZIR GIYIM SANAYI ISLETMELERI A.S., CEM HAKKO, STARWORKS, LLC, TURK HAVA YOLLARI A.O., TURKISH AIRLINES, INC. and JOHN DOES, 1-10,

            Defendants.

07 CV 3413 (LAP)

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiffs Olivier Martinez and Sheeba, Inc. and Defendants Turk Hava Yollari A.O and Turkish Airlines, Inc. hereby stipulate, pursuant to Fed. R. Civ. P. 41(a) and that certain Settlement Agreement and General Release, dated April 8, 2008, to the dismissal of all claims that each may have against the other, without costs to any party as against any other, and with no party as a prevailing party. This stipulation may be executed in counterparts; facsimile and/or PDF copies shall be treated as originals.

Dated: New York, New York
       May 27, 2008

REDNISS & ASSOCIATES LLC                BRYAN CAVE LLP

By:  /s/ Seth Redniss                   By:  /s/ James M. Altman
     Seth Redniss                            James M. Altman
     185 Franklin Street, 5th Floor          1290 Avenue of the Americas
     New York, New York 10013                New York, New York 10104
     (212) 334-9200                          (212) 541-2029

*Attorneys for Plaintiffs*               *Attorneys for Defendants Turk*
*Olivier Martinez and Sheeba, Inc.*      *Hava Yollari A.O and Turkish Airlines, Inc.*

SO ORDERED:

/s/ Loretta A. Preska
UNITED STATES DISTRICT JUDGE

May 30, 2008