UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OLIVIER MARTINEZ AND SHEEBA, INC.,
                    Plaintiffs,

-against-

VAKKO HOLDING A.S., et al.,
                    Defendants.
-------------------------------------------------------------X

07 CIVIL 3413 (LAP)

**JUDGMENT**

     Defendants having moved to dismiss, and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on July 23, 2008, having rendered its Memorandum and Order granting the motion to dismiss, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 23, 2008, the motion to dismiss is granted.

**Dated:** New York, New York
          July 24, 2008

                                    **J. MICHAEL McMAHON**
                                    Clerk of Court
              BY:
                                    Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/08

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON